## Case Information

CC-21-04851-A | TEXAS GREEN STAR HOLDINGS, LLC vs. LANDMARK AMERICAN INSURANCE COMPANY, RISK PLACEMENT SERVICES-DALLAS, ANCHORA INSURANCE SERVICES, LLC et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| CC-21-04851-A | County Court at Law No. 1 | BENSON, D'METRIA |
| File Date | Case Type | Case Status |
| 11/09/2021 | DEBT/CONTRACT | OPEN |

## Events and Hearings

11/09/2021 NEW CASE FILED (OCA)

11/09/2021 ORIGINAL PETITION ▾

PLAINTIFF'S ORIGINAL PETITION

Comment
PLAINTIFF'S ORIGINAL PETITION

11/09/2021 ISSUE CITATION ▾

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

Comment
ESERVE# 59289992

11/09/2021 CORRESPONDENCE - LETTER TO FILE ▾

EXHIBIT B

JURY FEE

Comment
JURY FEE

11/10/2021 JURY TRIAL DEMAND

11/16/2021 AMENDED PETITION ▾

PLAINTIFF'S FIRST AMENDED PETITION

Comment
PLAINTIFF'S FIRST AMENDED PETITION

11/17/2021 CITATION (SERVICE) ▾

Served
11/23/2021 9:28 AM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/03/2021 1:36 PM
Comment
CERTAIN UNDERWRITERS AT LLOYD'S LONDON (FARADAY SYNDICATE 435)

11/17/2021 CITATION (SERVICE) ▾

Served
11/28/2021 9:28 AM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/03/2021 1:38 PM
Comment
LANDMARK AMERICAN INSURANCE COMPANY

11/17/2021 CITATION (SERVICE) ▾

Served
11/28/2021 6:13 PM

Anticipated Server
ATTORNEY

Anticipated Method

Actual Server
PRIVATE PROCESS SERVER

Returned
12/03/2021 1:38 PM
Comment
RISK PLACEMENT SERVICES-DALLAS

---

11/17/2021 CITATION (SERVICE) ▾

Served
11/23/202111:33 AM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/03/2021 1:35 PM
Comment
MCLARENS, INC.

---

11/17/2021 CITATION (SERVICE) ▾

Unserved

Anticipated Server
ATTORNEY

Anticipated Method
Comment
ANCHORA INSURANCE SERVICES, LLC

---

11/17/2021 CITATION (SERVICE) ▾

Served
12/02/20211:27 PM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/03/2021 1:36 PM
Comment
RYAN PIKE

---

11/17/2021 CITATION (SERVICE) ▾

Served
11/23/20219:28 AM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/03/2021 1:37 PM
Comment
CERTAIN UNDERWRITERS AT LLOYD'S LONDON (BEAZLEY LLOYD'S SYNDICATE 2623 AND
SYNDICATE 623)

---

12/03/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE / FIRST AMENDED CITATION/ MCLARENS

Comment
FIRST AMENDED CITATION SERVED ON MCLARENS, INC 11/23/2021@11:33AM - RETURNED
12/3/2021@1:35PM

---

12/03/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE / FIRST AMENDED CITATION / CERTAIN UNDERWRITERS AT LLOYD'S
LONDON(FARADAY SYNDICAT

Comment
FIRST AMENDED CITATION SERVED ON CERTAIN UNDERWRITERS AT LLOYD'S
LONDON(FARADAY SYNDICATE 435) 11/23/2021@9:28AM - RETURNED 12/3/2021@1:36PM

---

12/03/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE / FIRST AMENDED CITATION / RYAN PIKE

Comment
FIRST AMENDED CITATION SERVED ON RYAN PIKE 12/2/2021@1:27PM - RETURNED
12/3/2021@1:36PM

---

12/03/2021 MOTION - TRANSFER - CHANGE OF VENUE ▾

PROPOSED ORDER

MOTION TRANSFR CHANGE OF VENUE

---

12/03/2021 MOTION - DISMISSAL WITH PREJUDICE ▾

PROPOSED ORDER

MOTION DISMISS WITH PREJUDICE

---

12/03/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE / FIRST AMENDED CITATION/ CERTAIN UNDERWRITERS AT LLOYD'S
LONDON(BEASLEY

Comment
FIRST AMENDED CITATION SERVE ON CERTAIN UNDERWRITERS AT LLOYD'S
LONDON(BEASLEY LLOYD'S SYNDICATES 2623) 11/23/2021@9:28AM - RETURNED
12/3/2021@1:37PM

12/03/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE / FIRST AMENDED CITATION/ LANDMARK AMERICAN INSURANCE COMPANY

Comment
FIRST AMENDED CITATION SERVED ON LANDMARK AMERICAN INSURANCE COMPANY
11/23/2021@9:28AM - RETURNED 12/3/2021@1:38PM

12/03/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
FIRST AMENDED CITATION SERVED ON RISK PLACEMENT SERVICES-DALLAS
11/28/2021@6:13PM - RETURNED 12/3/2021@12/3/2021@1:38PM

12/03/2021 ORIGINAL ANSWER ▾

DEF'S ORIGINAL ANSWER, SPECIAL EXCEPTIONS

Comment
& SPECIAL EXCEPTIONS

12/17/2021 ORIGINAL ANSWER ▾

ORIGINAL ANSWER

Comment
DEFENDANT MCLARENS, INC.'S ORIGINAL ANSWER, SPECIAL EXCEPTIONS, AND
AFFIRMATIVE DEFENSES

12/17/2021 ORIGINAL ANSWER ▾

ORIGINAL ANSWER

Comment
ORIGINAL ANSWER, SPECIAL EXCEPTIONS, AND AFFIRMATIVE DEFENSES

12/17/2021 ORIGINAL ANSWER ▾

ORIGINAL ANSWER

Comment
ORIGINAL ANSWER, SPECIAL EXCEPTIONS, AND AFFIRMATIVE DEFENSES

12/17/2021 MOTION - TRANSFER - CHANGE OF VENUE ▾

MOTION TRANSFER CHANGE OF VENUE

12/17/2021 MOTION - QUASH ▾

MOTION QUASH

Comment
MOTION TO QUASH SERVICE OF CITATION, CONDITIONED UPON ITS MOTION TO TRANSFER
VENUE

12/20/2021 ORIGINAL ANSWER ▾

ORIGINAL ANSWER

Comment
RISK PLACEMENT SERVICES, INC.'S ORIGINAL ANSWER CONDITIONED UPON RULING ON
MOTION TO TRANSFER VENUE AND MOTION TO QUASH SERVICE

12/22/2021 ORIGINAL ANSWER ▾

ORIGINAL ANSWER

12/23/2021 ORIGINAL ANSWER ▾

ORIGINAL ANSWER

12/29/2021 NOTICE - HEARING ▾

NOTICE HEARING

12/30/2021 PLEA IN ABATEMENT ▾

PROPOSED ORDER

PLEA

Comment
W/PROPOSED ORDER

01/04/2022 NOTICE - HEARING ▾

NOTICE OF HEARING

01/05/2022 RETURN OF SERVICE ▾

RETURN OF SERIVCE

Comment
ON CERTAIN UMDEWRTERS AT LLOYD'S LONDON (FARADAY SYNDICATE 435) SERVE
12/15/2021

01/05/2022 RETURN OF SERVICE ▾

RETURN OF SERVICE

ON LANDMARK AMERICAN INSURANCE COMPANY SERVE 12/11/2021

01/05/2022 RETURNED MAIL ▾

RETURNED MAIL

Comment
C/O RYAN PIKE

01/18/2022 MOTION - QUASH ▾

MOTION QUASH

Comment
M/QUASH DEPOSITION

01/24/2022 MOTION - COMPEL ▾

MOTION COMPEL

Comment
PLAINTIFF S FIRST MOTION TO COMPEL AND POSTPONEMENT AGAINST CERTAIN
DEFENDANTS

01/25/2022 RULE 11 AGREEMENT ▾

RULE 11 AGREEMENT

Comment
NOTICE OF RULE 11 AGREEMENT

01/26/2022 CERTIFICATE ▾

Comment
NEGATIVE CERTIFICAR OF SERVICE AND CERTIFICAT LETTER FOR CERTAIN UNDERWRITERS

02/15/2022 MOTION - QUASH ▾

MOTION QUASH

02/15/2022 NOTICE - HEARING ▾

NOTICE HEARING

02/16/2022 NOTICE - HEARING ▾

NOTICE HEARING

02/28/2022 VACATION LETTER

03/14/2022 RESPONSE ▾

RESPONSE

Comment
PLAINTIFF'S RESPONSE TO DEFENDANT RISK PLACEMENT SERVICES M/TRANSFER

---

03/14/2022 AMENDED PETITION ▾

FIRST AMENDED ORIGINAL PETITION

Comment
FIRST AMENDED ORIGINAL PETITION

---

03/29/2022 REPORTER CERTIFICATE ▾

REPORTER CERTIFICATE

Comment
Reporter's Certificate, Corrigendum, Notary Page of the Deposition of Ryan Pike

---

04/01/2022 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

ANSWER

Comment
FIRST AMENDED ANSWER, SPECIAL EXCEPTIONS, AND AFFIRMATIVE DEFENSES

---

04/06/2022 REPLY ▾

DEPOSITION

REPLY

Comment
DEFENDANTS RISK PLACEMENT SERVICES, INC. AND RYAN PIKE'S REPLY TO PLAINTIFF'S
RESPONSE TO VERIFIED MOTION TO TRANSFER VENUE

---

04/06/2022 MOTION - LEAVE ▾

MOTION FOR LEAVE TO FILE RESPONSE TO MOTION TO TRANSFER VENUE

Comment
MOTION FOR LEAVE TO FILE RESPONSE TO MOTION TO TRANSFER VENUE

---

04/08/2022 RESPONSE ▾

RESPONSE

Comment
PLAINTIFF'S RESPONSE TO DEFENDANT RISK PLACEMENT SERVICES, INC S MOTION TO
QUASH SERVICE

---

04/11/2022 RESPONSE ▾

RESPONSE

Comment
RESPONSE TO MOTION TO TRANSFER VENUE

---

04/13/2022 MOTION - TRANSFER ▾

Original Type
MOTION - TRANSFER

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
10:00 AM

Result
HEARING HELD

Comment
DEFT RISK'S

Parties Present ▴
  DEFENDANT

    ATTORNEY: AYERS, DEANNE C

  PLAINTIFF

    ATTORNEY: ACKELS, JOSEPH E, Sr.

  DEFENDANT

    ATTORNEY: AYERS, DEANNE C

---

04/13/2022 MOTION - QUASH ▾

Original Type
MOTION - QUASH

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
10:30 AM

Result
HEARING HELD

Comment
DEFT RISK; M/QUASH SERVICE OF CITATION

Parties Present ▲
  DEFENDANT

    ATTORNEY: AYERS, DEANNE C

  PLAINTIFF

    ATTORNEY: ACKELS, JOSEPH E, Sr.

  DEFENDANT

    ATTORNEY: AYERS, DEANNE C

---

04/19/2022 SUPPLEMENTAL ▾

SUPPLEMENTAL

  Comment
  SUPPLEMENT TO IT'S SPECIAL APPEARANCE

---

04/19/2022 PROPOSED ORDER ▾

PROPOSED ORDER

---

04/20/2022 NOTICE - HEARING ▾

NOTICE HEARING

---

05/04/2022 RESPONSE ▾

RESPONSE

  Comment
  PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO SEVER

---

05/04/2022 PROPOSED ORDER ▾

PROPOSED ORDER

  Comment
  ORDER DENYING DEFENDANT'S MOTION TO TRANSFER AND SEVER CLAIMS

**05/04/2022 REPLY** ▾

REPLY TO PLAINTIFF'S RESPONSES TO MOTION TO TRANSFER VENUE AND SEVER CLAIMS

 Comment
 DEFENDANTS UNDERWRITERS, RSUI, AND MCLARENS' REPLY TO PLAINTIFF'S RESPONSE TO
 MOTION TRANSFER VENUE

---

**05/10/2022 MOTION - QUASH** ▾

MOTION TO QUASH

---

**05/11/2022 MOTION - TRANSFER** ▾

Original Type
**MOTION - TRANSFER**

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
**BENSON, D'METRIA**

Hearing Time
10:00 AM

Result
HEARING HELD

Parties Present ▴
 PLAINTIFF

  ATTORNEY: ACKELS, JOSEPH E, Sr.

---

**05/12/2022 CORRESPONDENCE - LETTER TO FILE** ▾

CORRESPONDENCE

---

**05/12/2022 PROPOSED ORDER** ▾

PROPOSED ORDER

 Comment
 AGREED ORDER DENYING MOTION TO TRANSFER AND SEVER

---

**05/13/2022 NOTICE - HEARING** ▾

NOTICE

---

**05/17/2022 CORRESPONDENCE - LETTER TO FILE** ▾

CORRESPONDENCE

Comment
RE: PROPOSED ORDER

05/17/2022 PROPOSED ORDER ▾

PROPOSED ORDER

Comment
AGREED ORDER DENYING DEFENDANT RYAN PIKE AND RISK PLACEMENT SERVICES, INC, S
MOTION TO TRANSFER

05/19/2022 NOTICE - HEARING ▾

NOTICE

06/06/2022 MOTION - PROTECTIVE ORDER ▾

MOTION

Comment
MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF S FIRST SET OF REQUESTS FOR
PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSION

06/06/2022 MOTION - PROTECTIVE ORDER ▾

MOTION

Comment
MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF S FIRST SET OF REQUESTS FOR
PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSION

06/06/2022 NOTICE - TAKE DEPOSITION ▾

NOTICE

Comment
SECOND AMENDED

06/09/2022 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE LETTER TO FILE

06/09/2022 PROPOSED ORDER ▾

PROPOSED ORDER

06/17/2022 SCHEDULING ORDER DUE ▾

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

Judicial Officer
BENSON, D'METRIA

Hearing Time
4:00 PM

Comment
emailed parties to get Robert Black approved or select another

06/17/2022 RESPONSE ▾

RESPONSE

Comment
TO DEFENDANT S CERTAIN UNDERWRITERS AT LLOYD S LONDON SUBSCRIBING TO POLICY
NO. CSXNWFQP0000165-00; CERTAIN UNDERWRITERS AT LLOYD S, LONDON SUBSCRIBING
TO POLICY NO. W2D806200101; LANDMARK AMERICAN INSURANCE COMPANY, PLEA IN
ABATEMENT

06/21/2022 ORDER - DENYING ▾

ORDER - DENYING

Comment
DEFENDANTS MOTION TO TRANSFER AND SEVER CLAIMS

06/21/2022 ORDER - DENYING ▾

ORDER - DENYING

Comment
DEFENDANT RYAN PIKE AND RISK PLACEMENT SERVICES INCS MOTION TO TRANSFER

06/22/2022 PLEA IN ABATEMENT ▾

Original Type
PLEA IN ABATEMENT

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
10:00 AM

Result
HEARING HELD

Comment
DEFTS'

Parties Present ▲
  PLAINTIFF

    ATTORNEY: ACKELS, JOSEPH E, Sr.

06/28/2022 CORRESPONDENCE ▼

CORRSPONDENCE

06/28/2022 PROPOSED ORDER ▼

PROPOSED ORDER

  Comment
  SCHEDULING ORDER

06/30/2022 SUPPLEMENTAL ▼

SUPPLEMENTAL

  Comment
  DEFENDANT CARRIERS SUPPLEMENTAL BRIEFING IN SUPPORT OF PLEA IN ABATEMENT

07/05/2022 RESPONSE ▼

RESPONSE

  Comment
  PLAINTIFF S RESPONSE TO DEFENDANT ANCHORA INSURANCE SERVICES, LLC S SPECIAL
  APPEARANCE AND REQUEST FOR SANCTIONS

07/11/2022 RESPONSE ▼

RESPONSE

  Comment
  DEFENDANT ANCHORA INSURANCE SERVICES, LLC S REPLY TO PLAINTIFF S RESPONSE TO
  ITS SPECIAL APPEARANCE AND REQUEST FOR SANCTIONS

07/13/2022 SPECIAL APPEARANCE ▼

Original Type
SPECIAL APPEARANCE

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
10:00 AM

Result
HEARING HELD

Comment
DEFT ANCHORA'S; W/RESPONSE & REPLY

Parties Present ▲
  PLAINTIFF

     ATTORNEY: ACKELS, JOSEPH E, Sr.

---

07/15/2022 CORRESPONDENCE ▾

CORRESPONDENCE

---

07/15/2022 PROPOSED ORDER ▾

PROPOSED ORDER

  Comment
  PROPOSED ORDER DENYING SPECIAL APPEARANCE

---

07/15/2022 SUPPLEMENTAL ▾

SUPPLEMENTAL

  Comment
  PLAINTIFF S SUR-REPLY TO DEFENDANT S CERTAIN UNDERWRITERS AT LLOYD S LONDON
  SUBSCRIBING TO POLICY NO. CSXNWFQP0000165-00; CERTAIN UNDERWRITERS AT LLOYD S,
  LONDON SUBSCRIBING TO POLICY NO. W2D806200101; LANDMARK AMERICAN INSURANCE
  COMPANY, SUPPLEMENTAL BRIEFING IN SUPPORT OF PLEA IN ABATEMENT

---

07/22/2022 REPORTER CERTIFICATE ▾

REPORTER CERTIFICATE

  Comment
  REPORTERS CERTIFICATION ORAL DEPOSITION OF AARON SMITH AND ANCHORA
  INSURANCE SERVICES LLC JUNE 15, 2022

---

08/01/2022 ORDER - DENYING ▾

ORDER - DENYING

  Comment
  SPECIAL APPEARANCE

---

08/03/2022 MOTION - DISMISS ▾

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
10:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

---

08/10/2022 ORDER - SCHEDULING ▾

ORDER - SCHEDULING

---

08/10/2022 ORDER - MEDIATION ▾

ORDER - MEDIATION

ORDER - MEDIATION

---

08/11/2022 RESPONSE ▾

RESPONSE

Comment
PLAINTIFFS RESPONSE TO DEFENDANT MCLARENS, INC.S MOTION TO DISMISS

---

08/15/2022 RESPONSE ▾

RESPONSE

Comment
DEFENDANT MCLARENS REPLY IN SUPPORT OF ITS MOTION TO DISMISS WITH PREJUDICE
PURSUANT TO TEXAS INSURANCE CODE 542A.006(C)

---

08/16/2022 OBJECTION ▾

OBJECTION

Comment
DEFENDANT RYAN PIKE S OBJECTION TO VISITING JUDGE TED AKIN

---

08/17/2022 MOTION - DISMISS ▾

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCLPT CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
9:30 AM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
DEFT'S (pltf filing obj to VJ Akin?)

08/18/2022 NOTICE - APPEAL ▾

NOTICE OF ACCELERATED APPEAL

Comment
ACCELERATED

08/23/2022 CLERKS RECORDS ▾

CLERKS RECORDS

Comment
ON ACCELERATED APPEAL $1272

08/24/2022 NOTICE ▾

NOTICE

Comment
DEFENDANT ANCHORA INSURANCE SERVICES, LLC S DESIGNATION TO SPECIFY MATERIAL
TO BE INCLUDED IN THE REPORTER S RECORD

08/24/2022 REQUEST FOR CLERK PREPARED RECORD ▾

DESIGNATION OF CLERK'S RECORD

Comment
DESIGNATION OF CLERK'S RECORD

08/31/2022 CLERKS RECORDS ▾

CLERKS RECORDS

Comment
DESIGNATION OF CLERK'S RECORD $537

09/07/2022 COURT OF APPEALS - NOTICE CARD ▾

COURT OF APPEALS - NOTICE CARD

Comment
ELECTRONIC CLERK'S RECORD FILED

09/27/2022 MOTION - COMPEL ▾

MOTION TO COMPEL

---

09/27/2022 MOTION - COMPEL ▾

MOTION TO COMPEL

---

10/04/2022 MOTION - QUASH ▾

MOTION TO QUASH, FOR PROTECTION AND OBJECTION

Comment
FOR PROTECTION AND OBJECTION

---

10/06/2022 NOTICE - APPEARANCE ▾

NOTICE APPEARANCE

Comment
Notice of Appearance and Designation of Lead Counsel

---

10/12/2022 NOTICE - HEARING ▾

NOTICE OF HEARING

---

10/13/2022 NOTICE - CHANGE OF ADDRESS ▾

NOTICE CHANGE OF ADDRESS

Comment
DEFENDANTS , CERTAIN UNDERWRITERS AT LLOYD S, LONDON SUBSCRIBING TO POLICY
NO. CSXNWFQP0000165-00; CERTAIN UNDERWRITERS AT LLOYD S, LONDON SUBSCRIBING
TO POLICY NO. W2D806200101; LANDMARK AMERICAN INSURANCE COMPANY; AND
MCLARENS, INC., NOTICE OF ADDRESS CHANGE

---

12/14/2022 MOTION - QUASH ▾

Judicial Officer
BENSON, D'METRIA

Hearing Time
11:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

---

12/15/2022 MOTION - QUASH ▾

MOTION TO QUASH

Comment
RISK REPLACEMENT SERVICES' AMENDED NOTICE OF DEPOSITION

12/16/2022 MOTION - QUASH ▾

MOTION TO QUASH RISK PLACEMENT SERVICES AMENDED NOTICE OF DEPOSITION

Comment
CARRIER-DEFENDANTS MOTION TO QUASH RISK PLACEMENT SERVICES AMENDED NOTICE
OF DEPOSITION OF PLAINTIFF OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER

12/22/2022 NOTICE - HEARING ▾

NOTICE OF HEARING

12/22/2022 NOTICE - HEARING ▾

NOTICE

01/05/2023 VACATION LETTER

02/10/2023 AMENDED PETITION ▾

PLAINTIFFS SECOND AMENDED ORIGINAL PETITION

Comment
SECOND AMENDED ORIGINAL PETITION

02/22/2023 MOTION - QUASH ▾

Original Type
MOTION - QUASH

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
10:00 AM

Result
HEARING HELD

Comment
DEFTS CARRIER 12/16 M/QUASH DEPO (SET BY DEFT RISK)

Parties Present ▴
PLAINTIFF

ATTORNEY: ACKELS, JOSEPH E, Jr

02/22/2023 MOTION - QUASH ▾

Original Type
MOTION - QUASH

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
10:00 AM

Result
HEARING HELD

Comment
DEFT ANCHORA 12/15 M/QUASH DEPO (SET BY DEFT RISK)

02/27/2023 RESPONSE ▾

RESPONSE TO DEFENDANTS REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Comment
RESPONSE TO DEFENDANTS REPLY IN SUPPORT OF ITS MOTION TO DISMISS

03/01/2023 MOTION - DISMISS ▾

Original Type
MOTION - DISMISS

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

Judicial Officer
BENSON, D'METRIA

Hearing Time
9:30 AM

Result
HEARING HELD

DEFT MCCLARENS W/RESPONSES & REPLY

Parties Present ▲
  PLAINTIFF

      ATTORNEY: ACKELS, JOSEPH E, Jr

---

03/01/2023 CORRESPONDENCE ▾

PROPOSED ORDER

CORRESPONDENCE

  Comment
  TO JOSEPH ACKELS

---

03/07/2023 ORDER - DENYING ▾

ORDER - DENYING

  Comment
  ORDER DENING DEFENDANTS ' PLEA IN ABATEMENT

---

03/08/2023 PROPOSED ORDER ▾

PROPOSED ORDER

  Comment
  ORDER DENYING PLEA IN ABATEMENT

---

03/08/2023 PROPOSED ORDER ▾

ORDER DENYING INSURER DEFENDANTS PLEA IN ABATEMENT

  Comment
  ORDER DENYING INSURER DEFENDANTS PLEA IN ABATEMENT

---

03/10/2023 VACATION LETTER

---

03/21/2023 MEMORANDUM - OPINION ▾

MEMORANDUM - OPINION

---

01/22/2024 JURY TRIAL ▾

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

Judicial Officer
BENSON, D'METRIA

Hearing Time
9:30 AM

Comment
Trial stayed pending COA ruling, but other matters may proceed

## Documents

PLAINTIFF'S ORIGINAL PETITION

JURY FEE

PLAINTIFF'S FIRST AMENDED PETITION

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

CITATION 2012

RETURN OF SERVICE / FIRST AMENDED CITATION/ MCLARENS

RETURN OF SERVICE / FIRST AMENDED CITATION / CERTAIN UNDERWRITERS AT LLOYD'S LONDON(FARADAY SYNDICAT

RETURN OF SERVICE / FIRST AMENDED CITATION / RYAN PIKE

PROPOSED ORDER

MOTION TRANSFR CHANGE OF VENUE

PROPOSED ORDER

MOTION DISMISS WITH PREJUDICE

RETURN OF SERVICE / FIRST AMENDED CITATION/ CERTAIN UNDERWRITERS AT LLOYD'S LONDON(BEASLEY

RETURN OF SERVICE / FIRST AMENDED CITATION/ LANDMARK AMERICAN INSURANCE COMPANY

RETURN OF SERVICE

DEF'S ORIGINAL ANSWER, SPECIAL EXCEPTIONS

ORIGINAL ANSWER

ORIGINAL ANSWER

ORIGINAL ANSWER

MOTION TRANSFER CHANGE OF VENUE

MOTION QUASH

ORIGINAL ANSWER

ORIGINAL ANSWER

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

ORIGINAL ANSWER

NOTICE HEARING

PROPOSED ORDER

PLEA

NOTICE OF HEARING

RETURN OF SERIVCE

RETURN OF SERVICE

MOTION QUASH

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

MOTION COMPEL

RULE 11 AGREEMENT

RETURNED MAIL

MOTION QUASH

NOTICE HEARING

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

NOTICE HEARING

RES. OMSE

FIRST AMENDED ORIGINAL PETITION

REPORTER CERTIFICATE

ANSWER

DEPOSITION

REPLY

MOTION FOR LEAVE TO FILE RESPONSE TO MOTION TO TRANSFER VENUE

RESPONSE

RESPONSE

SUPPLEMENTAL

PROPOSED ORDER

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

NOTICE HEARING

RESPONSE

PROPOSED ORDER

REPLY TO PLAINTIFF'S RESPONSES TO MOTION TO TRANSFER VENUE AND SEVER CLAIMS

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

CCL#1 ASO LETTER REQ

MOTION TO QUASH

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

CORRESPONDENCE

PROPOSED ORDER

NOTICE

CORRESPONDENCE

PROPOSED ORDER

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

NOTICE

MOTION

MOTION

NOTICE

CORRESPONDENCE LETTER TO FILE

PROPOSED ORDER

RESPONSE

ORDER - DENYING

ORDER - DENYING

CORRSPONDENCE

PROPOSED ORDER

SUPPLEMENTAL

RESPONSE

RESPONSE

CORRESPONDENCE

PROPOSED ORDER

SUPPLEMENTAL

REPORTER CERTIFICATE

ORDER - DENYING

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

1CCL JURY TRIAL/MED

RESPONSE

RESPONSE

OBJECTION

ORDER - SCHEDULING

NOTICE OF ACCELERATED APPEAL

CLERKS RECORDS

NOTICE

DESIGNATION OF CLERK'S RECORD

CLERKS RECORDS

ORDER - MEDIATION

ORDER - MEDIATION

COURT OF APPEALS - NOTICE CARD

MOTION TO COMPEL

MOTION TO COMPEL

MOTION TO QUASH, FOR PROTECTION AND OBJECTION

NOTICE APPEARANCE

NOTICE OF HEARING

NOTICE CHANGE OF ADDRESS

MOTION TO QUASH

MOTION TO QUASH RISK PLACEMENT SERVICES AMENDED NOTICE OF DEPOSITION

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

2 CCL#1 CLERKS COURT CALL

NOTICE OF HEARING

NOTICE

PLAINTIFFS SECOND AMENDED ORIGINAL PETITION

RESPONSE TO DEFENDANTS REPLY IN SUPPORT OF ITS MOTION TO DISMISS

PROPOSED ORDER

CORRESPONDENCE

PROPOSED ORDER

ORDER - DENYING

ORDER DENYING INSURER DEFENDANTS PLEA IN ABATEMENT

MEMORANDUM - OPINION